UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REBECCA PIETRACATELLO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:12-cv-02140-AGF |
| KELLY MITCHELL GROUP, INC., | ) |
| Defendant. | ) |

### FINAL JUDGMENT

With the parties' consent, final judgment is hereby **CONSIDERED, ORDERED, AND ADJUDGED** in favor of Defendant Kelly Mitchell Group, Inc. and against Plaintiff Rebecca Pietracatello. The parties will bear their own costs and attorneys' fees.

Dated this 24th day of June, 2013.

_____
District Judge Audrey G. Fleissig

**APPROVED:**

| THE EMPLOYMENT RIGHTS GROUP | HESSE MARTONE, P.C. |
|---|---|
| /s/ Joseph Chivers (with consent) | /s/ Matthew B. Robinson |
| Joseph Chivers | Andrew J. Martone, E.D. No. 37382 |
| John Linkosky | Matthew B. Robinson, E.D. No. 498731 |
| 100 First Avenue | 1650 Des Peres Road |
| Suite 1010 | Suite 200 |
| Pittsburgh, PA  15222 | St. Louis, MO  63131 |
| (412) 227-0763 - Telephone | (314) 862-0300 – Telephone |
| (412) 281-8481 – Facsimile | (314) 862-7010 – Facsimile |
| jchivers@employmentrightsgroup.com | andymartone@hessemartone.com |
| linklaw@comcast.net | mattrobinson@hessemartone.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Rebecca Pietracatello* | *Kelly Mitchell Group, Inc.* |